IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL COOLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-06-997-T |
| | ) |
| COMANCHE COUNTY DETENTION | ) |
| CENTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Robert E. Bacharach on June 8, 2007, pursuant to 28 U.S.C. § 636(b)(1). Judge Bacharach recommends the dismissal of Defendant Comanche County Detention Center for a lack of capacity to be sued.

Plaintiff has not filed a timely objection or requested additional time to object, although he was expressly advised of the right to object, the deadline for objections, and the consequences of failing to object. Thus the Court finds Plaintiff has waived further review of the issues addressed in the Report. Accordingly, the Court adopts the Report and Recommendation on the Claims Concerning the Comanche County Detention Center [Doc. 38].

Therefore, Defendant Comanche County Detention Center's Motion to Dismiss [Doc. 25] is GRANTED. The case remains pending before Judge Bacharach for further proceedings pursuant to the initial order of referral [Doc. 4].

IT IS SO ORDERED this 10th day of July, 2007.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE